# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**929**

**CA 12-00350**

PRESENT: CENTRA, J.P., PERADOTTO, CARNI, LINDLEY, AND SCONIERS, JJ.

---

RJ TAYLOR GENERAL CONTRACTING, INC.,
PLAINTIFF-RESPONDENT-APPELLANT,

V                                                                ORDER

FAIRPORT CENTRAL SCHOOL DISTRICT,
DEFENDANT-APPELLANT-RESPONDENT.

---

LINDENFELD LAW FIRM, P.C., CAZENOVIA (HARRIS LINDENFELD OF COUNSEL),
FOR DEFENDANT-APPELLANT-RESPONDENT.

GATES & ADAMS, P.C., ROCHESTER (DANIEL P. ADAMS OF COUNSEL), FOR
PLAINTIFF-RESPONDENT-APPELLANT.

---

Appeal and cross appeal from an order of the Supreme Court, Monroe County (Matthew A. Rosenbaum, J.), entered May 20, 2011. The order denied the motion of plaintiff for partial summary judgment and denied the cross motion of defendant for summary judgment.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered:  October 5, 2012                          Frances E. Cafarell
                                                   Clerk of the Court